IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NAIM BUIRAT,**
**INS # A96-024-793,**

    Petitioner,

vs.                                  Case Number 4:07cv58-RH/WCS

**ALBERTO GONZALES,**
**MICHAEL CHERTOFF,**
**MICHAEL ROZOS,**
**DAVID HARVEY, and**
**DEPARTMENT OF**
**HOMELAND SECURITY**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

This case was initiated on February 15, 2007, with the filing of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. The *pro se* Petitioner asserted he was being held in indefinite detention and claimed Respondents would be unable to remove him. Doc. 1. Service of the petition was directed on March 13, 2007. Doc. 3. Petitioner's copy of that order was returned to the Court as "Undeliverable," on April 3, 2007. Doc. 9. Respondents filed a motion to dismiss on April 6, 2007, noting that Petitioner "was released from the custody of Immigration and Customs Enforcement

(ICE) on March 2, 2007."  Doc. 10.  Respondents not the "the government of Israel denied to issue Petitioner travel documents."  *Id.*  Thus, Respondents assert this case no longer presents a "case or controversy" and is moot.  *Id.*

Accordingly, as Petitioner has been granted the relief he sought, release from detention, no further action need be taken on this case.  This petition is, accordingly, moot and the motion to dismiss should be granted.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 10, be **GRANTED** and this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner **Naim Buirat**, doc. 1, be **DISMISSED as moot** because Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on April 9, 2007.


  s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**