# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NAIM BUIRAT,

      Petitioner,

v.                              CASE NO.  4:07cv58-RH/WCS

ALBERTO GONZALES, et al.,

      Respondents.

_____/

## ORDER DENYING PETITION AS MOOT

This matter is before the court on the magistrate judge's amended report and recommendation (document 12), to which no objections have been filed. Upon consideration,

      IT IS ORDERED,

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Respondents' motion to dismiss (document 10) is GRANTED. The petition for a writ of habeas corpus is DENIED as moot. The clerk shall enter judgment and close the file.

      SO ORDERED this 13th day of May, 2007.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge